**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOE CECIL WILLIAMS, III,**

      **Plaintiff,**

**v.**                                        **Case No. 3:25-cv-1825-AW-HTC**

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

      **Defendants.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff Joe Cecil Williams, III, a pro se prisoner, filed a § 1983 claim against several defendants. He contends certain officers failed to protect him from harm. There are two motions to dismiss. The magistrate judge issued a report and recommendation concluding the court should grant the motions and dismiss the case without prejudice based on lack of exhaustion. ECF No. 45.

Williams filed an objection, but it provides no details; it says only that Williams "objects to the proposed findings and recommendations." ECF No. 46. This is insufficient to constitute any meaningful objection. *See* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file *specific written objections* to the proposed findings and recommendations." (emphasis added)); *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009) ("After a magistrate judge has issued a report and

recommendation under § 636(b)(1)(B), a party that wishes to preserve its objection must clearly advise the district court and pinpoint the specific findings that the party disagrees with."); *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) ("Frivolous, conclusive, or general objections need not be considered by the district court."). Thus, Williams's objection is tantamount to no objection at all.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motions to dismiss (ECF Nos. 29 & 42) are GRANTED. The clerk will enter a judgment that says, "This case is dismissed without prejudice for lack of exhaustion." The clerk will then close the file.

SO ORDERED on July 9, 2026.

s/ *Allen Winsor*
Chief United States District Judge